1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    GARY FRANCIS O'LEARY,              1:07-CV-0289 LJO DLB PC

10          Plaintiff,

11      vs.                             ORDER TO SUBMIT APPLICATION
                                        TO PROCEED IN FORMA PAUPERIS
12   ARNOLD SCHWARZENEGGER,             **OR** FILING FEE
     et al.,
13
            Defendants.
14   _____/

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18   ORDERED that:

19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24          IT IS SO ORDERED.

25    **Dated:    March 22, 2007**            _____ **/s/ Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
26   3c0hj8

27

28